[No. 41889-1-I.   Division One.   February 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. NAM PHOUNG TRAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-01816-8, Brian D. Gain, J., entered December 9, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 42129-8-I.   Division One.   February 1, 1999.]

WALTER WILKEL, *Appellant*, v. MERLE C. PERKINS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-2-01240-6, David A. Nichols, J., entered January 16, 1998. *Reversed* by unpublished opinion per Coleman, J., concurred in by Ellington and Appelwick, JJ.

[No. 42156-5-I.   Division One.   February 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE RED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03553-4, John M. Darrah, J., entered February 2, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42223-5-I.   Division One.   February 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. S.T., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-05123-3, John M. Darrah, J., entered January 28, 1998. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Baker, J., and Schindler, J. Pro Tem.